| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number (if known) _____  Chapter  11 | ☐ Check if this an amended filing |

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **KIB3 LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-2494518 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**8845 W. Flamingo Road, Suite 210**<br>**Las Vegas, NV 89147**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  KIB3 LLC  
Name

Case number (*if known*) _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ■ No.
   - ☐ Yes.

   | District | _____ | When | _____ | Case number | _____ |
   | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

Debtor **KIB3 LLC**
Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

Debtor District: **See Attachment**
When: _____
Relationship: _____
Case number, if known: _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   KIB3 LLC _____   Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03-16-2025
             MM / DD / YYYY

X  /s/ W. Plise
Signature of authorized representative of debtor

William W. Plise
Printed name

Title  **Manager (See attached Exhibit A)**

**18. Signature of attorney**

X  /s/ Richard F. Holley
Signature of attorney for debtor

Date  3/16/2025
      MM / DD / YYYY

**Richard F. Holley**
Printed name

**Spencer Fane LLP**
Firm name

**300 South Fourth Street**
**Suite 1600**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 408-3400**    Email address  rholley@spencerfane.com

**3077 NV**
Bar number and State

Debtor __KIB3 LLC__  
      Name

Case number *(if known)* _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **KIB1 LLC** | | | Relationship to you | **Affiliate** |
| District | **District of Nevada** | When | **3/16/25** | Case number, if known | |
| Debtor | **KIB2 LLC** | | | Relationship to you | **Affiliate** |
| District | **District of Nevada** | When | **3/16/25** | Case number, if known | |

## RESOLUTIONS AND UNANIMOUS CONSENT
## OF
## KIB3 LLC

The undersigned, KIB3 LLC, a Nevada limited liability company ("KIB3" or the "Company"), OLD TOLL ROAD MANAGERS, LLC a Nevada limited liability company ("OTRM") and WILLIAM W. PLISE ("Mr. Plise" or the "Member"), hereby adopt these Resolutions and Unanimous Consent effective as of March 15, 2025.

### WITNESSETH:

WHEREAS, Mr. Plise is the sole member of KIB3; and

WHEREAS, OTRM is the sole Manager of KIB3 (the "Manager"); and

WHEREAS, the Manager has considered the financial and operational aspects of the Company's business and has determined that it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties that the Company file a petition seeking relief under the provisions of chapter 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code"); and

WHEREAS, the Member consents to undertake the actions memorialized herein.

NOW, THEREFORE BE IT RESOLVED that the Manager recommends and directs the Company to seek relief under chapter 11 of the Bankruptcy Code:

RESOLVED FURTHER, that Mr. Plise, on behalf of the Manager, is hereby duly authorized, appointed and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the District of Nevada, at such time as Mr. Plise shall determine;

RESOLVED FURTHER, that Mr. Plise, on behalf of the Manager, and such other individuals as the Manager shall, from time to time, designate, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers, and to take any and all actions that the Manager may deem necessary or proper in connection with the chapter 11 case;

RESOLVED FURTHER, that the law firm of Spencer Fane LLP be employed as counsel for the Company in connection with the Company's chapter 11 case;

RESOLVED FURTHER, that Mr. Plise, on behalf of the Manager, is authorized and empowered in the name and on behalf of the Company, to (i) take or cause to be taken any and all such further actions and to prepare, execute and deliver or cause to be prepared, executed and delivered, and where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such other instruments and documents, (ii)

1

incur and pay or cause to be paid all fees and expenses, and (iii) engage such persons as such Manager in his sole discretion, may determine to be necessary or appropriate to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby, such determination to be conclusively established by the taking or causing of any such further action;

RESOVED FURTHER, that all lawful actions of any kind previously taken by the Manager of the Company, Mr. Plise or any person or persons designated or authorized to act by the Company, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as acts of the Company;

RESOLVED FURTHER, that these resolutions may be executed by .pdf, DocuSign or other electronic signature, which may be transmitted by email or other electronic means and such execution shall be considered valid, binding and effective for all purposes.

IN WITNESS WHEREOF, the undersigned, being the sole Member and Manager of the Company, has executed this written consent to be effective as of March 15, 2025.

KIB3 LLC, a Nevada limited liability company

By: Old Toll Road Managers, LLC
    a Nevada limited liability company
Its: Manager

By: _____
    William W. Plise
Its: Manager

**CONSENTED TO BY KIB3'S SOLE MEMBER:**

_____
WILLIAM W. PLISE

MANAGER'S CERTIFICATION:
The undersigned Manager hereby certifies that this Resolution & Consent is true and correct.

Old Toll Road Managers, LLC a Nevada limited liability

_____
William W. Plise, its Manager

2

| Name, Address, Telephone No. & I.D. No. | |
|---|---|
| **Richard F. Holley**<br>**1 North Brentwood Blvd.**<br>**Suite 1200**<br>**Saint Louis, MO 63105**<br>**(702) 408-3400**<br>**3077 NV** | |
| **UNITED STATES BANKRUPTCY COURT**<br>District of Nevada | |
| In Re<br>**KIB3 LLC**<br><br>Debtor(s) | BANKRUPTCY NO.<br>CHAPTER NO. **11** |

DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

   I [We] __William W. Plise__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

- ☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.
- ☒ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 3-16-25

Signed: _____
William W. Plise/Manager (See attached Exhibit A)
(Applicant)

PART II - DECLARATION OF ATTORNEY

   I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: 3/16/2025

Signed: _____
Richard F. Holley
Attorney for Debtor(s)

# EXHIBIT A

**KIB3 LLC, a Nevada limited liability company**

By: Old Toll Road Managers, LLC
    a Nevada limited liability company
Its: Manager

    By: _____
        William W. Plise
    Its: Manager